(June 30, 1924.)

## STATE, Respondent, v. G. W. BARIGER, Appellant.

[227 Pac. 34.]

No APPEARANCE—APPEAL AND ERROR—RULE 48—JUDGMENT AFFIRMED.

1. Where a cause on the calendar is reached for hearing and neither side has submitted a brief or is represented by counsel, under Rule 48 this court may, in its discretion, either dismiss the appeal, which results in an affirmance of the judgment below, or examine the record for fundamental error and render its judgment on the merits.

2. Record examined and *held* sufficient to support the judgment.

APPEAL from the District Court of the Seventh Judicial District, for Gem County. Hon. Ed. L. Bryan, Judge.

Appeal from judgment of conviction for unlawful possession of intoxicating liquor. *Affirmed.*

R. B. Ayers, for Appellant.

A. H. Conner, Attorney General, and James L. Boone, Assistant Attorney General, for Respondent.

Counsel file no briefs.

BUDGE, J.—An information was filed against appellant in which he was charged with the crime of unlawful possession of intoxicating liquor. To this information appellant entered a plea of "Not Guilty." He was subsequently placed on trial and by the verdict of the jury was found guilty as charged. Thereafter judgment of conviction was duly entered and sentence pronounced. From the judgment and from an order overruling a motion for a new trial this appeal is prosecuted.

The transcript on appeal was filed in this court on the 8th day of February, 1924. Appellant has filed no brief. When the cause was reached upon the calendar and set down for hearing appellant was not present nor represented by counsel. Upon this state of the record, and in accordance with Rule 48 of this court the record has been examined for fundamental error. No fundamental error appearing the judgment must be affirmed, and it is so ordered.

McCarthy, C. J., and William A. Lee and Wm. E. Lee, JJ., concur.